UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON I. SMITH and
LADONIS M. THOMPSON,

    Defendants.

Case No. **19-CR-181**

[18 U.S.C. §§ 922(g), 924(a), 924(c), and 1951(a).]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. At all times material to this Indictment, El Paso Foods, located at 1559 South 3rd Street in Milwaukee, Wisconsin, was a business engaged in the movement of articles and commodities in interstate commerce.

2. On or about September 6, 2019, in the State and Eastern District of Wisconsin,

**BRANDON I. SMITH and LADONIS M. THOMPSON**

did unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendants did unlawfully attempt to take and obtain U.S. currency from an employee of El Paso Foods, against his will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 6, 2019, in the State and Eastern District of Wisconsin,

**BRANDON I. SMITH and LADONIS M. THOMPSON**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence, namely attempted robbery as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, Speedway Gas Station, located at 9091 North 76th Street in Milwaukee, Wisconsin, was a business engaged in the movement of articles and commodities in interstate commerce.

2. On or about September 6, 2019, in the State and Eastern District of Wisconsin,

**BRANDON I. SMITH and LADONIS M. THOMPSON**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendants did unlawfully take and obtain U.S. currency from an employee of Speedway Gas Station, against his will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 6, 2019, in the State and Eastern District of Wisconsin,

**BRANDON I. SMITH AND LADONIS M. THOMPSON**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence, namely robbery as charged in Count Three of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

4

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 16, 2019, in the State and Eastern District of Wisconsin,

**LADONIS M. THOMPSON,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Hi-Point Firearms Model JHP, .45 caliber semi-automatic pistol, bearing serial number X4292325.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

5

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 31, 2019, in the State and Eastern District of Wisconsin,

**BRANDON I. SMITH,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Glock 30 Gen 4, .45 caliber semi-automatic pistol.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN

### THE GRAND JURY FURTHER CHARGES THAT:

1. On or about September 5, 2019, September 6, 2019, September 12, 2019, and September 14, 2019, in the State and Eastern District of Wisconsin,

**BRANDON I. SMITH,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Hi-Point Firearms Model JHP, .45 caliber semi-automatic pistol, bearing serial number X4292325.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON
Dated: October 22nd, 2019

MATTHEW D. KRUEGER
United States Attorney